**Misha Johnson**

**From:** No Reply USCOURTS
**Sent:** Thursday, July 30, 2026 7:14 AM
**To:** flsd_cmecf_notice@flsd.uscourts.gov
**Subject:** Activity in Case 0:26-mj-06389-DSW USA v. Zamarion Wilkins Notice of Criminal Transfer

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 7/30/2026 at 10:13 AM EDT and filed on 7/30/2026

**Case Name:** USA v. Zamarion Wilkins
**Case Number:** 0:26-mj-06389-DSW
**Filer:**
**Document Number:** 16

**Docket Text:**
**Notice of Criminal Transfer to Western District of Washington of a Rule 5 or Rule 32 Initial Appearance as to Zyaire Dontaevious Zamarion Wilkins. Your case number is: MJ26-421. Docket sheet and documents attached. There is a cash bond in this case which is being transmitted by our Financial Section to your court. If you require certified copies of any documents, please call our Records Section at 305-523-5210. *Attention Receiving Court: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov.* (smy)**

**0:26-mj-06389-DSW-1 Notice has been electronically mailed to:**

Brian Andrew Kirlew brian@kirlewlawfirm.com, kgarcia@kirlewlawfirm.com

Michael Augustin michael.augustin@usdoj.gov, CaseView.ECF@usdoj.gov, usafls-brdkt@usdoj.gov, USAFLS-HQDKT@usdoj.gov, USAFLS.FTLScheduler@usdoj.gov

**0:26-mj-06389-DSW-1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=7/30/2026] [FileNumber=26967682-0] [1ff4e1ad9463925a85abc88fa57369a81ee4fa76de91ffdc87eafa766d9c5bae12bf419f4ed99c1fb212387aa4ae3c21d0f5d4b77c754c7376c96868e456b35c]]