Query Reports Utilities Help What's New Log Out

BNDDUTY,CLOSED

# U.S. District Court
# Southern District of Florida (Ft Lauderdale)
# CRIMINAL DOCKET FOR CASE #: 0:26-mj-06389-DSW All Defendants

Case title: USA v. Zamarion Wilkins

Date Filed: 07/15/2026

Date Terminated: 07/30/2026

---

Assigned to: Magistrate Judge Detra Shaw-Wilder

**Defendant (1)**

**Zyaire Dontaevious Zamarion Wilkins**
78313-512
*YOB 2005 English*
*TERMINATED: 07/30/2026*

represented by **Brian Andrew Kirlew**
The Kirlew Law Firm PLLC
Florida
2103 Coral Way
Suite 401
Miami, FL 33145
305-521-0484
Fax: 305-330-5436
Email: brian@kirlewlawfirm.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Pending Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| Terminated Counts | Disposition |
|---|---|

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:U.S.C.§371 CONSPIRACY TO OBTAIN INFORMATION BY COMPUTER FOR PRIVATE FINANCIAL GAIN | |

---

**Plaintiff**

**USA** represented by **Michael Augustin**
DOJ-USAO
99 NE 4th St.
Miami, FL 33132
305-961-9377
Email: michael.augustin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/14/2026 | | Arrest of Zyaire Dontaevious Zamarion Wilkins (at) (Entered: 07/15/2026) |
| 07/15/2026 | 1 | Magistrate Judge Removal of Criminal Complaint from WESTERN DISTRICT OF WASHINGTON (SEATTLE) Case number in the other District MJ26-421 as to Zyaire Dontaevious Zamarion Wilkins (1). (at) (Entered: 07/15/2026) |
| 07/15/2026 | | Set Hearing as to Zyaire Dontaevious Zamarion Wilkins: Initial Appearance - Rule 5(c)(3)/40 set for 7/15/2026 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. (at) (Entered: 07/15/2026) |
| 07/15/2026 | 2 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Brian Andrew Kirlew appearing for Zyaire Dontaevious Zamarion Wilkins (smy) (Entered: 07/15/2026) |
| 07/15/2026 | 3 | Minute Order for proceedings held before Magistrate Judge Detra Shaw-Wilder: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Zyaire Dontaevious Zamarion Wilkins held on 7/15/2026.. Detention Hearing set for 7/20/2026 10:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. Removal Hearing set for 7/20/2026 10:00 AM in Fort Lauderdale |

| | | |
|---|---|---|
| | | Division before FTL Duty Magistrate Judge. (Digital 11:22:44) Signed by Magistrate Judge Detra Shaw-Wilder on 7/15/2026. (smy) (Entered: 07/15/2026) |
| 07/15/2026 | 4 | Joint **ORE TENUS** MOTION for Pretrial Detention (PTD) Hearing and Removal Hearing as to Zyaire Dontaevious Zamarion Wilkins. (smy) (Entered: 07/15/2026) |
| 07/15/2026 | 5 | PAPERLESS ORDER granting 4 Motion for Pretrial Detention (PTD) Hearing and Removal Hearing as to Zyaire Dontaevious Zamarion Wilkins (1). Signed by Magistrate Judge Detra Shaw-Wilder on 7/15/2026. (smy) (Entered: 07/15/2026) |
| 07/20/2026 | 6 | Minute Order for proceedings held before Magistrate Judge Detra Shaw-Wilder: Detention Hearing as to Zyaire Dontaevious Zamarion Wilkins NOT held on 7/20/2026. Bond recommendation/set: Zyaire Dontaevious Zamarion Wilkins (1) $10,000 Cash Bond. Removal Hearing as to Zyaire Dontaevious Zamarion Wilkins NOT held on 7/20/2026. Removal Hearing set for 7/30/2026 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge., Report Re: Counsel Hearing set for 7/30/2026 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. (Digital 11:09:18 / 11:47:49) Signed by Magistrate Judge Detra Shaw-Wilder on 7/20/2026. (rbe) (Entered: 07/20/2026) |
| 07/20/2026 | 7 | **JOINT ORE TENUS** MOTION for Bond as to Zyaire Dontaevious Zamarion Wilkins. (rbe) (Entered: 07/20/2026) |
| 07/20/2026 | 8 | **DEFENSE ORE TENUS** MOTION to Continue Removal / Report Re:Counsel Hearing as to Zyaire Dontaevious Zamarion Wilkins. (rbe) (Entered: 07/20/2026) |
| 07/20/2026 | 9 | PAPERLESS ORDER granting 7 JOINT ORE TENUS MOTION for Bond as to Zyaire Dontaevious Zamarion Wilkins (1). Signed by Magistrate Judge Detra Shaw-Wilder on 7/20/2026. (rbe) (Entered: 07/20/2026) |
| 07/20/2026 | 10 | PAPERLESS ORDER granting 8 DEFENSE ORE TENUS MOTION to Continue Removal / Report Re:Counsel Hearing as to Zyaire Dontaevious Zamarion Wilkins (1). Signed by Magistrate Judge Detra Shaw-Wilder on 7/20/2026. (rbe) (Entered: 07/20/2026) |
| 07/20/2026 | 11 | WAIVER OF RULE 5 & 5.1 HEARINGS by Zyaire Dontaevious Zamarion Wilkins (at) (Entered: 07/20/2026) |
| 07/20/2026 | 12 | $10,000 Cash Bond Entered as to Zyaire Dontaevious Zamarion Wilkins Receipt # 22350. Approved by Magistrate Judge Detra Shaw-Wilder. *Please see bond image for conditions of release.* (at) (Additional attachment(s) added on 7/20/2026: # 1 Restricted Bond with 7th Page) (at). (Entered: 07/20/2026) |
| 07/20/2026 | | Reset Hearings as to Zyaire Dontaevious Zamarion Wilkins: ****TIME CHANGE ONLY**** Report Re: Counsel Hearing RESET for 7/30/2026 AT 09:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. Removal Hearing RESET for 7/30/2026 AT 09:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. **PLEASE NOTE OF THE TIME CHANGE ** (at) (Entered: 07/20/2026) |
| 07/30/2026 | 13 | Minute Order for proceedings held before Magistrate Judge Jared M. Strauss: **Report Re Counsel** Hearing as to Zyaire Dontaevious Zamarion Wilkins held on 7/30/2026., Removal Hearing as to Zyaire Dontaevious Zamarion Wilkins held on 7/30/2026. Waiver and Order of Removal signed. (Digital 9:03:34-9:08:47) Signed by Magistrate Judge Jared M. Strauss on 7/30/2026. (smy) (Entered: 07/30/2026) |
| 07/30/2026 | 14 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Zyaire Dontaevious Zamarion Wilkins (smy) (Entered: 07/30/2026) |

| | | |
|---|---|---|
| 07/30/2026 | 15 | ORDER OF REMOVAL ISSUED to District of Western District of Washington as to Zyaire Dontaevious Zamarion Wilkins Closing Case for Defendant. Signed by Magistrate Judge Jared M. Strauss on 7/30/2026. *See attached document for full details.* (smy) (Entered: 07/30/2026) |
| 07/30/2026 | 16 | Notice of Criminal Transfer to Western District of Washington of a Rule 5 or Rule 32 Initial Appearance as to Zyaire Dontaevious Zamarion Wilkins. Your case number is: MJ26-421. Docket sheet and documents attached. There is a cash bond in this case which is being transmitted by our Financial Section to your court. If you require certified copies of any documents, please call our Records Section at 305-523-5210. *Attention Receiving Court: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov.* (smy) (Entered: 07/30/2026) |