# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

Our Case No: 26-6389-MJ-DSW
Your Case No: **MJ-26-421**

**UNITED STATES OF AMERICA**

**vs**

## WAIVER OF REMOVAL/IDENTITY HEARING

**ZYAIRE WILKINS**

**I , Zyaire Wilkins** charged in a proceeding on a **Criminal Complaint filed in the Western District of Washington (Seattle) in Violation of 18:U.S.C.§371 Conspiracy To Obtain Information By Computer For Private Financial Gain and** having been arrested in the **Southern District of Florida (Fort Lauderdale**) and taken before **United States Magistrate Judge Jared M. Strauss** for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a removal hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned Magistrate Judge and consent to the issuance of a Warrant for my Removal to the **Western District of Washington (Seattle)** where the aforesaid charge is pending against me.

**Friday July 30, 2026**

Zyaire

Signature of defendant

........................................................................

**Jared M. Strauss**
**United States Magistrate Judge (07/30/2026)**

cc: All Counsel